# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

Marilyn Kelly,
Chief Justice

138939

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ROBERT KAMPHAUS, DONNA
KAMPHAUS, MICHAEL CIUCHNA,
KRISTY CIUCHNA, GERALD
RYNKOWSKI, and VIRGINIA
RYNKOWSKI,
      Plaintiffs-Appellants,

v

DAVID A. BURNS,
      Defendant-Appellee,

and

JOHN DOE and MARY ROE,
      Defendants.

SC: 138939
COA: 279962
Macomb CC: 2003-005067-CZ

_____/

On order of the Court, the application for leave to appeal the February 26, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

Clerk

11019